# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

141596

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

CORONA CONSTRUCTION, INC.,
      Plaintiff/Counter Defendant-
      Appellee,

v

                                    SC: 141596
                                    COA: 295576
                                    Wayne CC: 08-109892-CK

CHERYL GRAY,
      Defendant/Counter Plaintiff-
      Appellant,

and

GREGORY GRAY and GRAY & GRAY
PRODUCTIONS, INC.,
      Defendants/Counter Plaintiffs.

_____/

      On order of the Court, the application for leave to appeal the May 6, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

s1115

_____
Clerk